UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FREDERICK FUNES,

          Plaintiff,

-v-

CITY OF NEW YORK, *et al.*,

          Defendants.

18-CV-9558 (JMF)

ORDER OF SERVICE

JESSE M. FURMAN, United States District Judge:

In response to the Court's November 7, 2019 order, the New York City Law Department provided to the Court *ex parte* a service address for former New York City Department of Correction employee Martinez.

To allow Plaintiff, who is proceeding *pro se* and *in forma pauperis*, to effect service on Defendant Martinez through the U.S. Marshals Service, the Clerk of Court is instructed to: (1) complete a U.S. Marshals Service Process Receipt and Return form (USM-285 form) for this defendant with an address to be provided, and (2) deliver a service package to the U.S. Marshals Service so that service can be effected upon Defendant Martinez.[1]

The Clerk of Court is directed to mail a copy of this order to Plaintiff, noting service on the docket.

      SO ORDERED.

Dated:   December 2, 2019
            New York, New York

                                      JESSE M. FURMAN
                                      United States District Judge

---

[1] The Court will provide Martinez's address to the Clerk's Office. Once the USM-285 is returned, it should be docketed as "court-view only."