UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

FREDERICK FUNES,

                                     Plaintiff,

-against-

CITY OF NEW YORK, ET AL.,

                                     Defendants.

------------------------------------------------------------------------ x

No. 18-CV-9558 (JMF)

ORDER TO PRODUCE INMATE
FOR TELEPHONE CALL

**JESSE M. FURMAN**
**UNITED STATES DISTRICT JUDGE**

       The Superintendent or other official in charge of the Great Meadow Correctional Facility, located in Comstock, New York, shall produce inmate Frederick Funes, DIN #: 19-A-0167, to an appropriate place within the facility with telephone conference capabilities, designated by the Superintendent or other official in charge, to participate in a telephone call with Counsel for Defendants, at a date and time to be determined.

       Upon receipt of this Order, counsel for the Office of the Corporation Counsel of the City of New York shall transmit this Order to the Superintendent or other official in charge of the facility. Counsel for Defendants shall also ascertain the phone number at which Plaintiff can be reached for this phone call.

       **SO ORDERED**.

Dated:    New York, New York
               _____June 16_____, 2020

_____
HON. JESSE M. FURMAN
UNITED STATES DISTRICT JUDGE

**Within two days of the date of this Order**, counsel for the City shall mail a copy of this Order to Plaintiff and file proof of such service on ECF. If counsel is unable to complete this mailing as a result of COVID-19 and related disruptions, counsel shall promptly notify the Court by letter filed on ECF.