UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
:
FREDERICK FUNES, :
:
Plaintiff, :
: 18-CV-9558 (JMF)
-v- :
: ORDER
CITY OF NEW YORK et al., :
:
Defendants. :
:
-----------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

    Earlier today, the Court received a letter from Plaintiff, attached as Exhibit A, in which he indicates his willingness to accept an alleged settlement offer from Defendants to dismiss his claims in this case in exchange for the payment of "all court costs." No later than **September 24, 2020**, Defendants shall file a letter notifying the Court whether it is willing to settle this case on those terms.

    If Defendants indicate they are so willing, the Court will enter an order dismissing the case and discontinuing without costs, without prejudice to the right to reopen the case within sixty days if the settlement is not consummated. If Defendants indicate they are not prepared to agree to those terms, then they shall file the letter required by the Court's Order of September 18, 2020, ECF No. 64, advising the Court of whether and how the parties wish to proceed, no later than **October 1, 2020**.

    No later than **September 25, 2020**, Defendants shall mail a copy of this Order **and** the above-mentioned letter to Mr. Funes and file proof of such service.

    SO ORDERED.

Dated: September 23, 2020
       New York, New York

_____
JESSE M. FURMAN
United States District Judge

# EXHIBIT A

Pro Se Intake Unit,
40 Centre Street, Room #105
New York, NY 10007

Jamaal Asad Funes AKA
Jamaal Asad Funes #19A0167
Great Meadow Corr. Facility
P.O. Box #51
Comstock New York 12821

RECEIVED 2020 SEP 14 PM 3:2? CLERK'S OFFICE U.S. COURT OF APPEALS COUNTER 2

**Honorable Jesse M. Furman,**

I am currently going thru a divorce process at the moment. Due to the extreme amount of emotional distress that I am experiencing, I am considering to accept the proposed offer by John Schemitsch. He proposed a settlement offer over the phone (while in a confrence call with Stephanie Vilella). His offer consisted of him/his firm paying for all court costs and dismissing the claim. I dont really care about money... I'm more mentally/psychologically damaged than anything. And this divorce is only making things worse for my mental state of mind. I'm too emotionally hurt to proceed with anything. I'm not okay right now, and at this time I would like to forgive what those officers did to me and accept the lawyer's settlement offer. I sent him a letter informing him that I am willing to accept the offer. But, I have not heard from him sense/since. This entire thing is giving me a headache. May you please confirm with him/her if they are willing to proceed with the settlement offer or not, so we can put this incident behind us?

Thank you for your time and consideration,

Sincerely, Mr Funes