UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

FREDERICK FUNES,

                                 Plaintiff,

        -against-

CITY OF NEW YORK, ET AL.,

                              Defendants.

No. 18-CV-9558

**ORDER TO PRODUCE INMATE FOR TELEPHONE CALL**

------------------------------------------------------------------------ x

**JESSE M. FURMAN**
**UNITED STATES DISTRICT JUDGE**

        The Superintendent or other official in charge of Great Meadow Correctional Facility, located in Comstock, New York, shall produce inmate Frederick Funes, DIN # 19-A-0167, to an appropriate place within the facility with telephone conference capabilities, designated by the Superintendent or other official in charge, to participate in a telephone call with Counsel for Defendants, at a date and time to be determined.

        Upon receipt of this Order, counsel for the Office of the Corporation Counsel of the City of New York shall transmit this Order to the Superintendent or other official in charge of the facility. Counsel for Defendants shall also ascertain the phone number at which Plaintiff can be reached for this phone call.

        **SO ORDERED**.

Dated:    New York, New York
                September 25, 2020

                                                        HON. JESSE M. FURMAN
                                                        UNITED STATES DISTRICT JUDGE